UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD MARK SANGID** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE** |
| | * | |
| **CENTERPONT ENERGY RESOURCES** | * | **MAGISTRATE JUDGE** |
| **CORP, d/b/a CENTERPOINT ENERGY** | * | |
| **ARKLA** | * | **JURY DEMANDED** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA**

NOW INTO COURT, through undersigned counsel, comes Defendant, CenterPoint Energy Resources Corp ("CenterPoint"), who respectfully avers as follows:

1.

On or about February 18, 2022, Plaintiff, Richard Mark Sangid, filed a Petition for Damages in the First Judicial District Court for the Parish of Caddo, State of Louisiana, naming CenterPoint as the sole defendant. That suit bears docket number 635392, was assigned to Division "A" of the First Judicial District Court for the Parish of Caddo, State of Louisiana, and is captioned *"Richard Mark Sangid versus CenterPoint Energy Resources Corp, d/b/a CenterPoint Energy Arkla."* Please see the Petition for Damages, attached hereto as Exhibit "A".

2.

Service of the Petition for Damages was requested upon CenterPoint on or about March 9, 2022, and CenterPoint was, in fact, served on March 10, 2022. As of March 15, 2022, the state

court record had not been updated to reflect the date of service. See Exhibit "B", State Court Record.

3.

Undersigned counsel contacted counsel for plaintiff, who communicated that plaintiff claims damages in excess of $75,000 exclusive of interest and costs. Although CenterPoint denies the merits of the claims, Plaintiff is placing an amount in controversy that is above the threshold for removal.

4.

This Notice of Removal is filed within thirty (30) days of receipt of service of process of the Petition for Damages, which was the first paper from which it could be ascertained that this case was removable. Removal is therefore timely. *See* 28 U.S.C. §1446(b)(3).

5.

Plaintiff is a citizen of the State of Louisiana. See Exhibit "A".

6.

CenterPoint was incorporated in Wilmington, Delaware, and it maintains a principal place of business in Houston, Texas. See Exhibit "A".

7.

Accordingly, there is complete diversity of citizenship between Plaintiff and CenterPoint. As of the date of the filing of this Notice of Removal, Plaintiff has not named any other defendants.

8.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and is one which may be removed to this Court by CenterPoint pursuant to 28 U.S.C. §1441, in that, it is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.

9.

In accordance with 28 U.S.C. §1446(d), CenterPoint will provide appropriate notice of this removal to Plaintiff and to the Clerk of Court for the First Judicial District Court for the Parish of Caddo, State of Louisiana.

WHEREFORE, Defendant, CenterPoint Energy Resources Corp, prays that the action entitled "*Richard Mark Sangid versus CenterPoint Energy Resources Corp, d/b/a CenterPoint Energy Arkla*.," bearing docket number 635392 and pending on the docket of Division "A" of the First Judicial District Court for the Parish of Caddo, State of Louisiana, be removed from that state court docket to the United States District Court for the Western District of Louisiana.

Respectfully submitted,

_____
G. BRUCE PARKERSON (#1118) (Trial Attorney)
JAMES K. ORDENEAUX (#28179)
SCOTT H. MASON (#29329)
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
Telephone: (504) 582-1142
Telefax: (504) 582-1172
bparkerson@pmpllp.com – Email
jordeneaux@pmpllp.com – Email
smason@pmpllp.com – Email
COUNSEL FOR CENTERPOINT ENERGY RESOURCES CORP

**CERTIFICATE OF SERVICE**

I, James Ordeneaux, do hereby certify that on this 22nd day of March, 2022, I have served the foregoing on all counsel of record, either by U.S. mail, email transmission, facsimile transmission, and/or the CM/ECF system:

> Plaintiff, Richard Mark Sangid
> Through his attorney of record:
> Billy R. Pesnell
> H.C. Beck Building, Suite 1100
> 400 Travis Street
> Post Office Box 1794
> Shreveport, LA 71166-1794
> Tel: (318) 226-5577
> Fax: (318) 226-5578

_____
James K. Ordeneaux