635392 · A

| | | |
|---|---|---|
| RICHARD MARK SANGID, | § | SUIT NUMBER _____ |
| | § | |
| Plaintiff, | § | |
| | § | |
| VERSUS | § | FIRST JUDICIAL DISTRICT COURT |
| | § | |
| CENTERPOINT ENERGY RESOURCES | § | |
| CORP, d/b/a CENTERPOINT ENERGY | § | CADDO PARISH, LOUISIANA |
| ARKLA, | § | |
| | § | |
| Defendants. | § | ASSIGNMENT: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WRONGFUL DEATH AND SURVIVAL ACTION

The Petition of RICHARD MARK SANGID, a resident of Caddo Parish, Louisiana, a resident of the City of Shreveport, Caddo Parish, Louisiana, whose mailing address is 1153 Englemeade, Shreveport, Louisiana, 71107, with respect represents in this wrongful death and survival action, filed pursuant to La. Civ. Code art. 2315.1 and 2315.2, that:

1.

CENTERPOINT ENERGY RESOURCES CORP., d/b/a CENTERPOINT ENERGY ARKLA ("CenterPoint"), the defendant herein, is a Delaware corporation, whose principle business office is located at 111 Louisiana Street, Houston, Texas, 77002, is authorized to do and is doing business in the State of Louisiana under the trade name "CenterPoint Energy Arkla," whose principal business office in Caddo Parish, Louisiana, is located at 525 Milam Street, Shreveport, Louisiana, 71151. CenterPoint is engaged in the retail gas distribution business, among other businesses. It may be served through its registered agent for service of process, located at C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana, 70816.

2.

Petitioner's mother, Katie Leon Sangid, widow of James E. Sangid, died on February 19, 2021, as a result of burns to her body and the inhalation of smoke resulting from a kitchen fire which occurred in her home located at 1146 Englemeade, Shreveport, Louisiana, 71107. Petitioner is the only child and heir of the marriage between decedent, Katie Leon Sangid and James E. Sangid, as shown by "Petition For Possession" and "Judgment of Possession" filed in

$300 FILED FEB 18 2022
COLVIN ROBERSON
DEPUTY CLERK OF COURT
CADDO PARISH

PGS 5  EXH ___  MIN ✓
CC ✓  CP ___  MAIL ✓  N/J ___
INDEX ✓  REC ___  FAX ___
W/D DOC ___  CERT MAIL ___
SERVICE ___

EXHIBIT
A

the matter entitled "Succession of Katie Leon Sangid," Probate Docket Number 630,376-C on the docket of the First Judicial District Court in and for Caddo Parish, Louisiana, a true and correct copy of which is attached hereto and made a part hereof as Exhibit "A-1" and Exhibit "A-2." Decedent Katie Leon Sangid never adopted anyone.

3.

At all times relevant to these actions, Defendant had supervision, custody and control of the natural gas distribution system, and all related components or equipment that were a part of the natural gas distribution system, serving the home of Katie Leon Sangid.

4.

Defendant was under a continuing duty to protect Katie Leon Sangid from the uncontrolled escape and/or the over-pressurization of natural gas delivered to the cook-top of the stove.

5.

Defendant was engaged in the business of storing, transporting and delivering highly combustible natural gas commonly used for cooking food, an every-day essential affairs

6.

The injuries and damages sustained by Richard Mark Sangid and Petitioner's mother, Katie Leon Sangid, and the death of Katie Leon Sangid were the direct and proximate result of Defendant's activities in storing, transporting and over-pressurizing highly combustible natural gas.

7.

The fire resulted from the sole fault and negligence of CenterPoint in allowing the gas supply to the appliances, including the gas kitchen stove, inside the residence located at 1146 Englemeade, Shreveport, Louisiana, 71107, to become over-pressurized, resulting in a larger flare at the cook-top range during the ignition of the range burner and causing the Decedent to catch on fire and ultimately her death. The cook-top and stove were not defective.

8.

Decedent Katie Leon Sangid was born August 11, 1939. She was therefore eighty-one

(81) years of age when she died. She was in good health with no known medical problems. She lived alone in her home. She drove her car and shopped alone. She had an average life expectancy of ninety six (96) years.

9.

Petitioner had a close, affectionate and loving relationship with his deceased mother. He lived across the street at 1153 Englemeade, Shreveport, Louisiana, 71107, and saw her virtually every day.

10.

Petitioner is entitled to recover all damages to the Decedent Katie Leon Sangrid caused by the offense commited by CenterPoint and all damages sustained by Petitioner as a result of the wrongful death of his mother, Katie Leon Sangrid, pursuant to the provisions of La. Civ. Code art. 2315.1 and 2315.2.

11.

Petitioner is also entitled to recover the property damages to the household and home of Katie Leon Sangid located at 1146 Englemeade, Shreveport, Louisiana, 71107, caused by the fire as aforesaid. Petitioner estimates that the cost of repairing the damages to Katie Leon Sangid's household and home is approximately Six Thousand Six Hundred Forty-One And 61/100 Dollars ($6,641.61).

12.

Petitioner is informed and believe, and allege upon information and belief, that prior to the occurrence of the aforesaid accident, one or more insurance policies had been issued to Defendant which were in full force and effect at the time the aforesaid accident occurred by virtue of the payment of premiums and otherwise, insuring Defendant against liability for damages and personal injuries arising out of the kitchen fire that occurred at the premises located at 1146 Englemeade, Shreveport, Louisiana. Defendant's insurer or insurers are liable under the aforesaid policy or policies of insurance *in solido* with Defendant for all of the damages and personal injuries sustained by Petitioner and Petitioner's mother, Katie Leon Sangid.

12.

Defendant should be ordered to produce and file in the record of this action a true and correct copy of any and all liability insurance policies insuring Defendant against liability for damages and personal injuries arising out of the kitchen fire that occurred at the premises located at 1146 Englemeade, Shreveport, Louisiana, and providing coverage for bodily or personal injuries sustained by Petitioner's mother, Katie Leon Sangid, and Petitioner as a result of the aforesaid accident.

13.

Petitioner is entitled to and desires a jury trial of this action pursuant to the provisions of La. Code Civ. Pro. art. 1731, et seq.

WHEREFORE, Petitioner Richard Mark Sangid prays that Defendant CenterPoint Energy Resources Corp., d/b/a CenterPoint Energy Arkla, be duly served with a certified copy of this Petition and cited to appear and answer the same according to law and that judgment be rendered herein in favor of Petitioner Richard Mark Sangid for all of the damages suffered by his mother, Katie Leon Sangid, and all of the damages sustained by him as a result of the death of his mother, Katie Leon Sangid.

Petitioner further prays that Defendant be ordered to produce and file in the record of this case a copy of any and all liability insurance policies held by Defendant and providing coverage for the bodily or personal injuries sustained by Petitioner's mother, Katie Leon Sangid, and Petitioner as a result of the aforesaid accident.

Petitioner further prays for a jury trial of all issues presented and requests the Court to fix the amount of the jury bond pursuant to La. Code of Civil Procedure art. 1733, et seq.

Petitioner further prays for all orders and decrees necessary or proper in the premises and for full general and equitable relief and all costs of this proceeding.

Respectfully submitted,

THE PESNELL LAW FIRM
(A Professional Law Corporation)

By: *Billy R. Pesnell*

             Billy R. Pesnell
             Louisiana Bar Roll No. 10533
             J. Whitney Pesnell
             Louisiana Bar Roll No. 15035

             H.C. Beck Building, Suite 1100
             400 Travis Street
             Post Office Box 1794
             Shreveport, Louisiana 71166-1794
             Telephone: (318) 226-5577
             Telecopy: (318) 226-5578

--    Attorneys for Petitioner Richard Mark Sangid.

PLEASE SERVE:

CENTERPOINT ENERGY RESOURCES CORP.,
through its registered agent for service of process,

  C T Corporation System
  3867 Plaza Tower Drive
  Baton Rouge, Louisiana, 70816.

-5-