Case 5:22-cv-00778-EEF-MLH   Document 1-3   Filed 03/23/22   Page 1 of 16 PageID #: 12

CADDO PARISH CLERK OF COURT
MIKE SPENCE
CLERK OF COURT
501 TEXAS ST, ROOM 103
SHREVEPORT, LA 71101-5408

RICHARD MARK SANGID
VS

CENTERPOINT ENERGY RESOURCES CORP DBA
DATE:        3/15/2022

SUIT:     635392          Section A
FIRST JUDICIAL DISTRICT COURT
CADDO PARISH, LOUISIANA

JUDGE: DOC MIN

### MINUTES OF THE COURT

S = Suit Actions   M = Minutes

| | | | |
|---|---|---|---|
| 2/25/2022 | | M | WRONGFUL DEATH AND SURVIVAL ACTION FILED FEBRUARY 18, 2022 BY RICHARD MARK SANGID. |

A TRUE COPY AND CORRECT COPY OF THE MINUTES
OF THE FIRST JUDICIAL DISTRICT COURT
JUDGE DOC MIN, PRESIDING

_____
DEPUTY CLERK, FIRST JUDICIAL DISTRICT COURT
CADDO PARISH PARISH, LA
MARCH 15, 2022



635392 · A

| | | |
|---|---|---|
| RICHARD MARK SANGID, | § | SUIT NUMBER _____ |
| | § | |
| Plaintiff, | § | |
| | § | |
| VERSUS | § | FIRST JUDICIAL DISTRICT COURT |
| | § | |
| CENTERPOINT ENERGY RESOURCES | § | |
| CORP, d/b/a CENTERPOINT ENERGY | § | CADDO PARISH, LOUISIANA |
| ARKLA, | § | |
| | § | |
| Defendants. | § | ASSIGNMENT: |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **WRONGFUL DEATH AND SURVIVAL ACTION**

The Petition of RICHARD MARK SANGID, a resident of Caddo Parish, Louisiana, a resident of the City of Shreveport, Caddo Parish, Louisiana, whose mailing address is 1153 Englemeade, Shreveport, Louisiana, 71107, with respect represents in this wrongful death and survival action, filed pursuant to La. Civ. Code art. 2315.1 and 2315.2, that:

1.

CENTERPOINT ENERGY RESOURCES CORP., d/b/a CENTERPOINT ENERGY ARKLA ("CenterPoint"), the defendant herein, is a Delaware corporation, whose principle business office is located at 111 Louisiana Street, Houston, Texas, 77002, is authorized to do and is doing business in the State of Louisiana under the trade name "CenterPoint Energy Arkla," whose principal business office in Caddo Parish, Louisiana, is located at 525 Milam Street, Shreveport, Louisiana, 71151. CenterPoint is engaged in the retail gas distribution business, among other businesses. It may be served through its registered agent for service of process, located at C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana, 70816.

2.

Petitioner's mother, Katie Leon Sangid, widow of James E. Sangid, died on February 19, 2021, as a result of burns to her body and the inhalation of smoke resulting from a kitchen fire which occurred in her home located at 1146 Englemeade, Shreveport, Louisiana, 71107. Petitioner is the only child and heir of the marriage between decedent, Katie Leon Sangid and James E. Sangid, as shown by "Petition For Possession" and "Judgment of Possession" filed in

$300 FILED
FEB 18 2022
COLVIN ROBERSON
DEPUTY CLERK OF COURT
CADDO PARISH

the matter entitled "Succession of Katie Leon Sangid," Probate Docket Number 630,376-C on the docket of the First Judicial District Court in and for Caddo Parish, Louisiana, a true and correct copy of which is attached hereto and made a part hereof as Exhibit "A-1" and Exhibit "A-2." Decedent Katie Leon Sangid never adopted anyone.

3.

At all times relevant to these actions, Defendant had supervision, custody and control of the natural gas distribution system, and all related components or equipment that were a part of the natural gas distribution system, serving the home of Katie Leon Sangid.

4.

Defendant was under a continuing duty to protect Katie Leon Sangid from the uncontrolled escape and/or the over-pressurization of natural gas delivered to the cook-top of the stove.

5.

Defendant was engaged in the business of storing, transporting and delivering highly combustible natural gas commonly used for cooking food, an every-day essential affairs

6.

The injuries and damages sustained by Richard Mark Sangid and Petitioner's mother, Katie Leon Sangid, and the death of Katie Leon Sangid were the direct and proximate result of Defendant's activities in storing, transporting and over-pressurizing highly combustible natural gas.

7.

The fire resulted from the sole fault and negligence of CenterPoint in allowing the gas supply to the appliances, including the gas kitchen stove, inside the residence located at 1146 Englemeade, Shreveport, Louisiana, 71107, to become over-pressurized, resulting in a larger flare at the cook-top range during the ignition of the range burner and causing the Decedent to catch on fire and ultimately her death. The cook-top and stove were not defective.

8.

Decedent Katie Leon Sangid was born August 11, 1939. She was therefore eighty-one

(81) years of age when she died. She was in good health with no known medical problems. She lived alone in her home. She drove her car and shopped alone. She had an average life expectancy of ninety six (96) years.

9.

Petitioner had a close, affectionate and loving relationship with his deceased mother. He lived across the street at 1153 Englemeade, Shreveport, Louisiana, 71107, and saw her virtually every day.

10.

Petitioner is entitled to recover all damages to the Decedent Katie Leon Sangrid caused by the offense commited by CenterPoint and all damages sustained by Petitioner as a result of the wrongful death of his mother, Katie Leon Sangrid, pursuant to the provisions of La. Civ. Code art. 2315.1 and 2315.2.

11.

Petitioner is also entitled to recover the property damages to the household and home of Katie Leon Sangid located at 1146 Englemeade, Shreveport, Louisiana, 71107, caused by the fire as aforesaid. Petitioner estimates that the cost of repairing the damages to Katie Leon Sangid's household and home is approximately Six Thousand Six Hundred Forty-One And 61/100 Dollars ($6,641.61).

12.

Petitioner is informed and believe, and allege upon information and belief, that prior to the occurrence of the aforesaid accident, one or more insurance policies had been issued to Defendant which were in full force and effect at the time the aforesaid accident occurred by virtue of the payment of premiums and otherwise, insuring Defendant against liability for damages and personal injuries arising out of the kitchen fire that occurred at the premises located at 1146 Englemeade, Shreveport, Louisiana. Defendant's insurer or insurers are liable under the aforesaid policy or policies of insurance *in solido* with Defendant for all of the damages and personal injuries sustained by Petitioner and Petitioner's mother, Katie Leon Sangid.

12.

-3-

Defendant should be ordered to produce and file in the record of this action a true and correct copy of any and all liability insurance policies insuring Defendant against liability for damages and personal injuries arising out of the kitchen fire that occurred at the premises located at 1146 Englemeade, Shreveport, Louisiana, and providing coverage for bodily or personal injuries sustained by Petitioner's mother, Katie Leon Sangid, and Petitioner as a result of the aforesaid accident.

13.

Petitioner is entitled to and desires a jury trial of this action pursuant to the provisions of La. Code Civ. Pro. art. 1731, et seq.

WHEREFORE, Petitioner Richard Mark Sangid prays that Defendant CenterPoint Energy Resources Corp., d/b/a CenterPoint Energy Arkla, be duly served with a certified copy of this Petition and cited to appear and answer the same according to law and that judgment be rendered herein in favor of Petitioner Richard Mark Sangid for all of the damages suffered by his mother, Katie Leon Sangid, and all of the damages sustained by him as a result of the death of his mother, Katie Leon Sangid.

Petitioner further prays that Defendant be ordered to produce and file in the record of this case a copy of any and all liability insurance policies held by Defendant and providing coverage for the bodily or personal injuries sustained by Petitioner's mother, Katie Leon Sangid, and Petitioner as a result of the aforesaid accident.

Petitioner further prays for a jury trial of all issues presented and requests the Court to fix the amount of the jury bond pursuant to La. Code of Civil Procedure art. 1733, et seq.

Petitioner further prays for all orders and decrees necessary or proper in the premises and for full general and equitable relief and all costs of this proceeding.

Respectfully submitted,

THE PESNELL LAW FIRM
(A Professional Law Corporation)

By: *Billy R. Pesnell*

-4-

Billy R. Pesnell
Louisiana Bar Roll No. 10533
J. Whitney Pesnell
Louisiana Bar Roll No. 15035

H.C. Beck Building, Suite 1100
400 Travis Street
Post Office Box 1794
Shreveport, Louisiana 71166-1794
Telephone: (318) 226-5577
Telecopy: (318) 226-5578

Attorneys for Petitioner Richard Mark Sangid.

PLEASE SERVE:

CENTERPOINT ENERGY RESOURCES CORP.,
through its registered agent for service of process,

    C T Corporation System
    3867 Plaza Tower Drive
    Baton Rouge, Louisiana, 70816.

| | | |
|---|---|---|
| SUCCESSION | § | NUMBER: 630,376-C |
| | § | |
| OF | § | FIRST JUDICIAL DISTRICT COURT |
| | § | |
| KATIE LEON SANGID | § | CADDO PARISH, LOUISIANA |

### PETITION FOR POSSESSION

NOW INTO COURT, through undersigned counsel, comes RICHARD MARK SANGID, resident of Caddo Parish, Louisiana, competent and only child of the decedent, KATIE LEON SANGID, who respectfully represents as follows:

1.

KATIE LEON SANGID, hereinafter sometimes referred to as decedent, died in Shreveport, Caddo Parish, Louisiana, on February 19, 2021.

2.

The decedent was domiciled in Caddo Parish, Louisiana, at the time of her death.

3.

The decedent left a Last Will and Testament dated December 4, 2016.

4.

KATIE LEON SANGID was married only one time to JAMES E. SANGID who predeceased her. One (1) child was born of this marriage: Richard Mark Sangid. The decedent never adopted anyone and was never adopted by anyone.

5.

All of the property belonging to the decedent at the time of her death was separate property. The property is described in the Detailed Descriptive List, which is attached.

6.

The decedent left a will leaving all her property to her only child Richard Mark Sangid.

EXHIBIT
A-1

7.

Decedent owned the following real estate in Caddo Parish, Louisiana:

LOT 230, HIGHLAND PARK SUBDIVISION, Unit B, a subdivision of Shreveport, Caddo Parish, Louisiana, as per plat recorded in Book 900, page 471 and 473 of the Records of Caddo Parish, Louisiana, being a subdivision of the City of Shreveport, together with all buildings and improvements; bearing a municipal address of 1146 Englemeade Drive, Shreveport, Louisiana 71107-5529, Geog. #: 181413-017-0230-00; and

A tract of land in BLOCK 1, NORTH SHREVEPORT, a subdivision of Shreveport, Caddo Parish, Louisiana, as per plat thereof recorded in Plat Book 100 at Page 53 of the Conveyance Records of Caddo Parish, Louisiana, together with all buildings and improvements located thereon and all rights thereto belonging, comprised of all of LOT 6 and a portion of LOT 7 more particularly described as follows: Beginning at the Northeasterly corner of said Lot 7, run along the common lot line of Lots 6 and 7 to the Southeasterly corner of said Lot 7; thence run Northwesterly along the rear lot line of said Lot 7 to a point on said line 20 feet from said Southeasterly corner; thence run Northeasterly in a straight line parallel to the common lot line of said Lots 6 and 7 to a point on the Northeasterly, or front, lot line of said Lot 7 which is 20 feet from the point of beginning; thence run 20 feet Southeasterly along the Northeasterly, or front, lot line of said Lot 7, to the point of beginning; bearing a municipal address of 931 Grimmett Drive, Shreveport, Louisiana 71107, Geog. #: 181424-001-0063-00

8.

There is no necessity for an administration of the succession of the decedent. It is relatively free from debt.

9.

There is no inheritance tax due the State of Louisiana.

10.

RICHARD MARK SANGID was appointed Independent Executor of the Estate by order of the court dated May 18, 2021. He has completed his duties as Independent Executor and desires to be released of any further responsibility herein.

WHEREFORE, PETITIONER, RICHARD MARK SANGID, PRAYS for Judgment that:

I. RICHARD MARK SANGID, only child and sole heir of the decedent, KATIE LEON SANGID, is entitled to the ownership of the property belonging to the succession of the decedent, KATIE LEON SANGID under the terms of her Will.

II.     RICHARD MARK SANGID is Petitioner in this succession and also serves as the Independent Executor and he is hereby relieved of his duties as Independent Executor.

III.    For all orders and decrees necessary in the premises.

> PETTIETTE, ARMAND, DUNKELMAN,
> WOODLEY, BYRD & CROMWELL, L.L.P.
>
> By: _____
> Lawrence W. Pettiette, Jr. #10486
>
> 400 Texas Street, Suite 400
> Post Office Box 1786
> Shreveport, LA  71166-1786
> (318)  221-1800 Telephone
> (318)  226-0390 Facsimile
>
> ATTORNEY FOR PETITIONER,
> RICHARD MARK SANGID

| | | |
|---|---|---|
| **SUCCESSION** | § | **NUMBER:** 630,376-C |
| | § | |
| **OF** | § | **FIRST JUDICIAL DISTRICT COURT** |
| | § | |
| **KATIE LEON SANGID** | § | **CADDO PARISH, LOUISIANA** |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid State and Parish, personally came and appeared, RICHARD MARK SANGID, who, after being duly sworn by me, deposed and stated that:

He is the petitioner and independent executor in the above and foregoing Petition for Possession, that he has read the Petition for Possession and Detailed Descriptive List, and that all of the allegations of fact contained therein are true and correct to the best of his information and belief and hereby agrees to waive a final accounting.

_____
RICHARD MARK SANGID

SWORN AND SUBSCRIBED before me, Notary, this 13 day of May, 2021, in Shreveport, Caddo Parish, Louisiana.

_____
NOTARY PUBLIC

LAWRENCE W. PETTIETTE, NOTARY PUBLIC
& ATTORNEY-AT-LAW
LOUISIANA BAR ROLL NO. 10486
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE

| | |
|---|---|
| SUCCESSION | NUMBER: 630,376-C |
| OF | FIRST JUDICIAL DISTRICT COURT |
| KATIE LEON SANGID | CADDO PARISH, LOUISIANA |

## DETAILED DESCRIPTIVE LIST

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid State and Parish, personally came and appeared: RICHARD MARK SANGID, who, after being duly sworn by me, deposed and stated that:

In accordance with the provisions of La. R.S. 47:2408A, and Article 3136 of the Louisiana Code of Civil Procedure, they present to the Court the following detailed descriptive list of all items of property comprising the succession of KATIE LEON SANGID, showing the location of all items of succession property and the fair market value of each item at the date of death of the decedent:

| ITEM OF PROPERTY | VALUE |
|---|---|
| LOT 230, HIGHLAND PARK SUBDIVISION, Unit B, a subdivision of Shreveport, Caddo Parish, Louisiana, as per plat recorded in Book 900, page 471 and 473 of the Records of Caddo Parish, Louisiana, being a subdivision of the City of Shreveport, together with all buildings and improvements; bearing a municipal address of 1146 Englemeade Drive, Shreveport, Louisiana 71107-5529, Geog. #: 181413-017-0230-00 | $55,666.00 |
| A tract of land in BLOCK 1, NORTH SHREVEPORT, a subdivision of Shreveport, Caddo Parish, Louisiana, as per plat thereof recorded in Plat Book 100 at Page 53 of the Conveyance Records of Caddo Parish, Louisiana, together with all buildings and improvements located thereon and all rights thereto belonging, comprised of all of LOT 6 and a portion of LOT 7 more particularly described as follows: Beginning at the Northeasterly corner of said Lot 7, run along the common lot line of Lots 6 and 7 to the Southeasterly corner of said Lot 7; thence run Northwesterly along the rear lot line of said Lot 7 to a point on said line 20 feet from said Southeasterly corner; thence run Northeasterly in a straight line parallel to the common lot line of said Lots 6 and 7 to a point on the Northeasterly, or front, lot line of said Lot 7 which is 20 feet from the point of beginning; thence run 20 feet Southeasterly along the Northeasterly, or front, lot line of said Lot 7, to the point of beginning; bearing a municipal address of 931 Grimmett Drive, Shreveport, Louisiana 71107, Geog. #: 181424-001-0063-00 | $45,000.00 |

| | |
|---|---|
| Aneca Bank Checking Account No. xxxxxxx-070 | $1594.73 |
| Aneca Bank Saving Account No. xxxxxxx-000 | $280.12 |
| 2006 Chrysler 300 4 door VIN Number: 2C3KA53G86H146313 | $2,500.00 |
| 2001 2001 Chevrolet Suburban C1500 VIN Number: 3GNEC16T11G107485 | $1,500.00 |
| Contents of the home with the municipal address of 1146 Englemeade Drive, Shreveport, Louisiana 71107-5529 | $3,000.00 |
| Contents of the building with the municipal address of 931 Grimmett Drive, Shreveport, Louisiana 71107 | $5,000.00 |

**TOTAL ASSETS OF DECEDENT:** $114,540.85

The following is a list of all debts and liabilities of the succession to the best of their knowledge and belief:

| | |
|---|---|
| Funeral expenses | $2,048.53 |
| Attorneys Fees | $1,500.00 |

**TOTAL DEBTS:** ($3,548.53)

### RECAPITULATION

Total Assets of the succession of the deceased      $114,540.85

Total Debts/Liabilities of the succession      ($3,548.53)

**TOTAL NET ESTATE:**      $110,992.32

The deceased made no donations or transfers of property for an inadequate consideration within one year prior to death, and he did not transfer any property prior to that in contemplation of death or in avoidance of taxes.

_____
RICHARD MARK SANGID

SWORN TO AND SUBSCRIBED before me, Notary and on this 1ˢᵗ day of May, 2021.

_____
NOTARY PUBLIC

LAWRENCE W. PETTIETTE, NOTARY PUBLIC
& ATTORNEY-AT-LAW
LOUISIANA BAR ROLL NO. 10496
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE

Mike Spence, Caddo Clerk of Court

DEPUTY CLERK
CRYSTAL CAVALLO

**2838209 Pages: 2**
06/01/2021 04:14 PM

| | | |
|---|---|---|
| **SUCCESSION** | § | **NUMBER: 630,376-C** |
| | § | |
| **OF** | § | **FIRST JUDICIAL DISTRICT COURT** |
| | § | |
| **KATIE LEON SANGID** | § | **CADDO PARISH, LOUISIANA** |

## JUDGMENT OF POSSESSION

Considering the Petition for Possession, the record of this proceeding, in compliance with Louisiana Revised Statutes 47:2401 B(1) (a) that no inheritance taxes are due, and that there is no necessity for an administration of this testate succession, the law and the evidence entitling Petitioner to the relief prayed for, and for the reasons this day assigned:

IT IS ORDERED, ADJUDGED AND DECREED that:

1.

All of the property belonging to the Estate of KATIE LEON SANGID was separate property.

**EXHIBIT A-2**

2.

Petitioner, RICHARD MARK SANGID, is the only child of the decedent, KATIE LEON SANGID, and independent executor of her succession and as such is entitled to the ownership of the following property belonging to the succession of the decedent, KATIE LEON SANGID:

(1) LOT 230, HIGHLAND PARK SUBDIVISION, Unit B, a subdivision of Shreveport, Caddo Parish, Louisiana, as per plat recorded in Book 900, page 471 and 473 of the Records of Caddo Parish, Louisiana, being a subdivision of the City of Shreveport, together with all buildings and improvements; bearing a municipal address of 1146 Englemeade Drive, Shreveport, Louisiana 71107-5529, Geog. #: 181413-017-0230-00;

(2) A tract of land in BLOCK 1, NORTH SHREVEPORT, a subdivision of Shreveport, Caddo Parish, Louisiana, as per plat thereof recorded in Plat Book 100 at Page 53 of the Conveyance Records of Caddo Parish, Louisiana, together with all buildings and improvements located thereon and all rights thereto belonging, comprised of all of LOT 6 and a portion of LOT 7 more particularly described as follows: Beginning at the Northeasterly corner of said Lot 7, run along the common lot line of Lots 6 and 7 to the Southeasterly corner of said Lot 7; thence run Northwesterly along the rear lot line of said Lot 7 to a point on said line 20 feet from said Southeasterly corner; thence run Northeasterly in a straight line parallel to the common lot line of said Lots 6 and 7 to a point on the Northeasterly, or front, lot line of said Lot 7 which is 20 feet from the point of beginning; thence run 20 feet Southeasterly along the Northeasterly, or front, lot line of said Lot 7 to the point of beginning; bearing a municipal address of 934 Grimmett Drive, Shreveport, Louisiana 71107, Geog. #: 181424-001-0063-00;

FILED
MAY 27 2021
TORI HAYES
DEPUTY CLERK OF COURT
CADDO PARISH

PGS 8 EXH ___ MIN ___
CC 5 CP ___ MAIL 1 N/J ___
INDEX ___ REC 10$ FAX ___
W/D DOC ___ CERT MAIL ___
SERVICE ___ POC

    (3) Aneca Bank Account No. xxxxxxx-070;

    (4) Aneca Bank Saving Account No. xxxxxxx-000;

    (5) 2006 Chrysler 300 4 door VIN Number: 2C3KA53G86H146313;

    (6) 2001 Chevrolet Suburban C1500 VIN Number: 3GNEC16T11G107485;

    (7) Contents of the home with the municipal address of 1146 Englemeade Drive, Shreveport, Louisiana 71107-5529; and

    (8) Contents of the building with the municipal address of 931 Grimmett Drive, Shreveport, Louisiana 71107.

3.

All banks, trust companies, or other persons, entities, or corporations having on deposit or in their possession or under their control any monies, credits, stocks, dividends, bonds or other property belonging to or depending upon the succession of the decedent, KATIE LEON SANGID, are hereby ordered to deliver said property and to effect reissuance of evidence of such property unto the heir named above as fixed by this Judgment.

4.

RICHARD MARK SANGID is petitioner in this succession and also serves as the Independent Executor and he is hereby relieved of his duties as Independent Executor.

THUS DONE AND SIGNED in Chambers, Shreveport, Caddo Parish, Louisiana, this 28 day of May, 2021.

                                                  DISTRICT JUDGE

**JUDGMENT PREPARED BY:**

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL, L.L.P.

By _____
    Lawrence W. Pettiette, Jr., Bar No. 10486

400 Texas Street, Suite 400
Post Office Box 1786
Shreveport, LA 71166-1786
(318) 221-1800 Telephone
(318) 226-0390 Facsimile

ATTORNEY FOR PETITIONER,
RICHARD MARK SANGID

A TRUE COPY - ATTEST
DEPUTY CLERK, FIRST JUDICIAL
DISTRICT COURT, CADDO PARISH, LA

| | | |
|---|---|---|
| RICHARD MARK SANGID, | § | SUIT NUMBER _____ |
| | § | |
| Plaintiff, | § | |
| | § | |
| VERSUS | § | FIRST JUDICIAL DISTRICT COURT |
| | § | |
| CENTERPOINT ENERGY RESOURCES | § | |
| CORP, d/b/a CENTERPOINT ENERGY | § | CADDO PARISH, LOUISIANA |
| ARKLA, | § | |
| | § | |
| Defendants. | § | ASSIGNMENT: |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the above and foregoing Wrongful Death and Survival Action filed by Petitioner in the above captioned matter pursuant to La. Civ. Code arts. 2315.1 and 2315.2,

IT IS ORDERED That Defendant CenterPoint Energy Resources Corp., d/b/a CenterPoint Energy Arkla, produce and file in the record of this case a copy of any and all liability insurance policies held by Defendant and providing coverage for the property damages to the home and household contents located at 1146 Englemeade, Shreveport, Louisiana, the bodily or personal injuries sustained by Katie Leon Sangid, and the personal injuries sustained by Petitioner Richard Mark Sangid as a result of the aforesaid accident.

IT IS FURTHER ORDERED That Petitioner be and he is hereby granted a jury trial, upon his timely providing a jury bond in the amount of _____ Dollars.

Signed in Chambers located in Shreveport, Caddo Parish, Louisiana, on this ____ day of February, 2022.

_____<br>
District Judge<br>
First Judicial District Court<br>
Caddo Parish, Louisiana

baileyb                                                                              CPCC.CV.3195708

# Citation

Effective 1-1-2022

RICHARD MARK SANGID                          NO. 635392– A
VS                                           STATE OF LOUISIANA
CENTERPOINT ENERGY RESOURCES CORP DBA        PARISH OF CADDO
                                             FIRST JUDICIAL DISTRICT COURT

THE STATE OF LOUISIANA, TO:    CENTERPOINT ENERGY RESOURCES CORP DBA
                               CENTERPOINT ENERGY ARKLA
                               THRU CT CORPORATION SYSTEM, AGENT 3867 PLAZA
                               TOWER DR
                               BATON ROUGE, LA
                               70816

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition.* The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within TWENTY-ONE (21) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Caddo Parish Court House, 501 Texas Street, Room 103, Shreveport, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within TWENTY-ONE (21) days, a judgment may be entered against you. Please be aware of Louisiana House Bill 164 (Act 174) of the 2021 legislative session which changed prescription periods for answering. The full text of this bill can be found at https://legis.la.gov/legis/BillInfo.aspx?i=239989.

This Citation was issued by the Clerk of Court for Caddo Parish, on this date February 22, 2022.

*Also attached are the following:                        **MIKE SPENCE, CLERK OF COURT**

                                                         _____
                                                              BILLY R PESNELL
                                                                  Attorney

# FILE COPY